UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN B. BERRY & PATRICIA P. BERRY | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-cv-2133 |
| BANK OF AMERICA, N.A. & RECONTRUST COMPANY, N.A. | § § § | |
| Defendant. | § | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendants Bank of America, N.A. ("Bank of America") and ReconTrust Company, N.A. ("ReconTrust") (collectively, the "Defendants") files this their Corporate Disclosure Statement and Certificate of Interested Parties.

Bank of America, N.A. ("Bank of America) is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank of America Corporation, whose shares are publicly traded. No public company other than Bank of America Corporation has an ownership interest of 10% or more in Bank of America, National Association. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

ReconTrust is a wholly owned subsidiary of Bank of America, N.A. Bank of America, National Association is 100% owned by BANA Holding Corp., which is 100% owned by BAC

449383.1

North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank of America Corporation, whose shares are publicly traded. No public company other than Bank of America Corporation has an ownership interest of 10% or more in Bank of America, National Association. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation

The following entities and/or persons are financially interested in the outcome of this case:

1. **Bank of America, N.A.**
2. **John B. Berry**
3. **Patricia P. Berry**

Respectfully submitted,

McGlinchey Stafford

By:   */s/ Matthew A. Knox*
      **John L. Verner**
      State Bar No. 20549500
      **Matthew A. Knox**
      State Bar No. 24071102
      1001 McKinney St., Suite 1500
      Houston, Texas 77002
      Telephone: (713) 520-1900
      Facsimile: (713) 520-1025

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing has been forwarded to Plaintiff's counsel of record in accordance with the Federal Rules of Civil Procedure on this the 19th day of July, 2013 as follows:

<i><u>Via Certified Mail Return Receipt Requested & U.S. first class mail<br>
#71969008911153206853</u></i><br>
<b>Richard M. Kaplan</b><br>
Texas Bar No. 11094500<br>
<b>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.</b><br>
11 Greenway Plaza, Suite 1400<br>
Houston, Texas 77046<br>
Tel: 713-961-9045<br>
Fax: 713-961-5341<br>
<i><b>ATTORNEY FOR PLAINTIFFS</b></i>

<i>/s/ Matthew A. Knox</i><br>
<b>Matthew A. Knox</b>